IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY FREDERICK MANN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0160-CG-M ) |
| CORIZON HEALTH CARE SERVICES, INC., CORIZON, LLC, and KAREN STONE, M.D., | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's order entered this date granting Defendants' motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants, **Corizon Health Care Services, Inc., Corizon, LLC, and Karen Stone, M.D.,** and against Plaintiff, **Anthony Frederick Mann**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 1st day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE